## McINTIRE v. EVANS.

When a chattel is purchased by one of two persons, the buyer holds the title against those claiming under the other, although the vendor supposed he was selling to the latter.

REPLEVIN, for four oxen.  The plaintiff claimed that he purchased the oxen of one Rogers, and let one Callahan take them.  The defendant claimed that he bought them of Callahan.  Subject to the plaintiff's exception, the court instructed the jury that if Rogers understood he was selling to Callahan, the plaintiff could not recover.

*Ray, Drew & Jordan*, for the plaintiff.

*Twitchell & Evans* and *Ladd & Fletcher*, for the defendant.

BINGHAM, J.  If the plaintiff acquired a title from Rogers, he can recover, even though Rogers did not know he was the purchaser.  If Callahan purchased the oxen as agent, the title vested in the plaintiff, although Callahan did not disclose his agency, and Rogers supposed he bought them for himself.

*Verdict set aside.*

STANLEY, J., did not sit: the others concurred.